UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>TROY SANGEOL LEE,<br><br>     Defendant. | No. ED CR No. 11-00061-JLQ<br><br>NOTICE OF HEARING ON MOTION<br>FOR TRIAL CONTINUANCE |

  Hearing on the Defendant's Motion For Continuance of Trial Date shall take place in Riverside, California on Thursday, December 11, 2014 at 9 a.m.

  The Defendant and all counsel shall be present on December 11, 2014.

  The Clerk shall enter this Order and furnish copies to counsel.

  Dated this 5th day of December, 2014.

       s/ Justin L. Quackenbush
      JUSTIN L. QUACKENBUSH
    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1